UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**IN RE:**

**Misc. No.: Case: 2:26−mc−51202**
**Assigned To : Leitman, Matthew F.**
**Assign. Date : 9/25/2026**
**Description: IN RE Assorted Jewelry (26−DEA−001016) ET AL (NA)**

Assorted Jewelry (26-DEA-001016);
$11,486.00 U.S. Currency (26-DEA-001017)

Defendants *in Rem.*

---

**Stipulation and Order Extending United States' Time to File Judicial Forfeiture Proceedings to January 8, 2027**

---

It is hereby stipulated by and between the United States of America, by and through its undersigned attorneys, and Andy George, by and through his attorney, Sanford A. Schulman, as follows for purposes of extending a judicial forfeiture filing deadline:

1. On April 29, 2026, the Drug Enforcement Administration ("DEA") seized the following property: $11,486.00 U.S. Currency (26-DEA-001017) and Assorted Jewelry (26-DEA-001016) consisting of the following nine (9) items: 14k gold custom pendant containing 10.0 CTTW round brilliant cut diamonds, 14k gold custom pendant containing 4.0 CTTW round brilliant cut diamonds with gold rope chain, 14k rose gold tennis chain containing 5.00 CTTW round brilliant cut

natural diamonds, 14k rose gold diamond tennis chain containing 8.5CTTW round brilliant cut natural diamond, one (1) Rolex Day-Date/President 18k white gold, serial number 0830N231, one (1) Patek Phillipe watch containing 10.00 CTTW round brilliant cut aftermarket natural diamond, 14k rose gold custom made dollar sign pendant with 8.0 CTTW round brilliant cut natural diamond, 14k rose gold tennis chain containing 30.0 CTTW round brilliant cut natural diamond and a14k white gold diamond tennis chain containing 38.0 CTTW round brilliant cut natural diamonds (referred to collectively as the "Subject Property").

2. The Parties acknowledge and stipulate that the DEA provided notice as required by 18 U.S.C. § 983(a)(1)(A) of the seizure and its intent to administratively forfeit the Subject Property to all known interested parties, including to Andy George.

3. Andy George filed a claim in the administrative forfeiture proceeding with DEA regarding the Subject Property. No other person has filed a claim to the Subject Property in the administrative forfeiture proceeding.

4. DEA referred the administrative claim to the United States Attorney's Office for judicial forfeiture proceedings.

5. Pursuant to 18 U.S.C. § 983(a)(3)(A) through (C), within 90 days after a claim has been filed in an administrative forfeiture proceeding, the United States is required to do one of the following:

(a) file a complaint for forfeiture against the claimed property,

(b) return the claimed property, or

(c) include the claimed property for forfeiture in a criminal action,

in order for the United States to take further action to effect the forfeiture of the claimed property in connection with the underlying offense, unless the court extends the deadline for good cause shown or by agreement of the parties. In this case, the 90-day deadline would be October 8, 2026.

6. As authorized in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend the 90-day deadline set forth in 18 U.S.C. § 983(a)(3)(A) in order for the parties to have a reasonable and sufficient period in which to evaluate their respective interests in and positions regarding the Subject Property.

7. Andy George knowingly, intelligently, and voluntarily gives up any rights he may have under 18 U.S.C. § 983(a)(3)(A) through (C) to require the United States to file a complaint for forfeiture against the Subject Property, to return the Subject Property, and/or to include the Subject Property for forfeiture in a criminal action by October 8, 2026.

8. The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the Subject Property, to return the Subject Property, and/or to include the Subject Property for forfeiture in a criminal action shall be extended from **October 8, 2026** to and including **January 8, 2027**.

9. Andy George waives all constitutional and statutory challenges related to the foregoing extension and gives up any rights he may have to seek dismissal of any civil forfeiture complaint and/or any criminal forfeiture allegation in a criminal action on the ground that forfeiture proceedings were not timely commenced. Andy George further waives and agrees to the tolling of any rule or provision of law limiting the time for commencing, or providing notice of, forfeiture proceedings with respect to the Subject Property, including, but not limited to, the limitations contained in 18 U.S.C. § 983 and 19 U.S.C. § 1621.

10. Andy George agrees that until the United States files a complaint for forfeiture against the Subject Property and/or alleges forfeiture of the Subject Property in a criminal action, or until **January 8, 2027**, whichever occurs first, the Subject Property shall remain in the custody of the United States and Andy George shall not seek its return for any reason in any manner.

11. By signing below, Sanford A. Schulman declares that prior to signing this Stipulation, he provided a copy of it to Andy George, reviewed and consulted with him regarding its contents, answered any questions he had about it, determined that Andy George understands its terms and is aware of his rights in this matter, and Andy George authorized Sanford Schulman to sign this Stipulation.

12. By their signatures below, the Parties agree to all of the terms and conditions stated herein.

Approved as to form and substance:

JEROME F. GORGON, JR.
United States Attorney

S/Philip A. Ross
Philip A. Ross (VA 70269)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9790
Philip.Ross@usdoj.gov

Dated: September 25, 2026

S/Sanford A. Schulman (with permission)
Sanford A. Schulman (P43230)
Attorney for Claimant
500 Griswold Street, Ste 2340
Detroit, MI 48226
(313) 963-4740
Saschulman@comcast.net

Dated: September 3, 2026

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 28, 2026